THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES GRAHAM USHERWOOD,<br><br>　　　　　Defendant. | CASE NO. CR17-0210-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to withdraw and substitute counsel (Dkt. No. 18). The motion does not comply with Local Criminal Rule 5(g), which requires that a motion to withdraw be "signed by counsel, substitute counsel, and defendant" or served upon the defendant. W.D. Wash. Local Cr. R. 5(g)(4)(A)-(B). Counsel is DIRECTED to refile the motion in compliance with this rule.

DATED this 2nd day of January 2018.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR17-0210-JCC
PAGE - 1