THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0210-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES GRAHAM USHERWOOD, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to withdraw and substitute counsel (Dkt. No. 20). This motion (Dkt. No. 20) is GRANTED. Pursuant to Local Criminal Rule 5(g)(4)(A), Brad Meryhew may withdraw as counsel for Defendant James Usherwood in the above entitled matter, and Robert W. Goldsmith may substitute as counsel in his place. All further papers and pleadings shall be served on Mr. Goldsmith pursuant to his notice of appearance (Dkt. No. 17).

DATED this 5th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0210-JCC
PAGE - 1