UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GRAHAM USHERWOOD,<br><br>Defendant. | CASE NO. CR17-0210-JCC<br><br>ORDER |

This matter comes before the Court on Defendant James Graham Usherwood's unopposed motion to modify his bond (Dkt. No. 24). Defendant seeks a modification in order to fly to California to visit his mother, Aileen Usherwood, who lives in Cool, CA 95614, from March 14 through March 17, 2018, and to stay with her during that period. Having considered the motion, the agreement of Pretrial Supervision, and the relevant record, the Court hereby GRANTS the motion. All other conditions of Pretrial Supervision will remain in effect.

DATED this 23rd day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE