THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0210-JCC |
| Plaintiff, | ORDER |
| v. | |
| JAMES GRAHAM USHERWOOD, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 32) exhibits (Dkt. No. 33) to his sentencing memorandum (Dkt. No. 31). Given the sensitive information contained in the exhibits, the Court finds good cause to GRANT Defendant's motion (Dkt. No. 32). The Clerk is DIRECTED to maintain the exhibits (Dkt. No. 33) under seal.

DATED this 11th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0210-JCC
PAGE - 1