THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0210-JCC |
|---|---|
| Plaintiff, | FINAL ORDER OF FOREITURE |
| v. | |
| JAMES GRAHAM USHERWOOD, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 43) seeking to forfeit, to the United States, the Defendant James Graham Usherwood's interest in the following property:

1. One Hewlett Packard Pavilion p6000 desktop computer, Serial Number MXX1180KHM;
2. One Dell Dimension 8300 desktop computer, Serial Number HRNPY41;
3. One Western Digital External Hard Drive, Serial Number WX31EA1MC761;
4. One Microsoft Surface laptop computer, Serial Number 203348124452;
5. One Apple iPhone 5, Model A1453;
6. One ZTE cell phone, Serial Number 329766471C0D; and,
7. Any and all images of child pornography, in whatever format and however stored.

FINAL ORDER OF FOREITURE
CR17-0210-JCC
PAGE - 1

1 | The Court, having reviewed the Government's motion, as well as other papers and pleadings
2 | filed in this matter, hereby GRANTS the motion, for the reasons stated herein.

On February 12, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to l8 U.S.C. section 2253 and forfeiting the Defendant's interest in it. (Dkt. No. 23.) Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. section 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. Nos. 26, 27) and provided direct notice to a potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 43-1). The time for filing third-party petitions has expired, and none were filed.

Therefore, the Court hereby ORDERS as follows:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;
2. The above-identified property is fully and finally condemned and forfeited in its entirety, to the United States; and,
3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 12th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE